IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11418
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JASON AARON DANIELS,

                              Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:96-CR-36-1
- - - - - - - - - -
April 17, 1997

Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Jason Aaron Daniels appeals from his sentence following his guilty plea conviction for theft from a bank. Daniels argues that the district court plainly erred in imposing a two-level upward adjustment for Daniels' managerial or supervisory role in the offense pursuant to U.S.S.G. § 3B1.1. We have reviewed the record and the briefs of the parties and hold that the district

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

court committed no error, plain or otherwise.  § 3B1.1(c); United States v. Ismoila, 100 F.3d 380, 395 (5th Cir. 1996).

AFFIRMED.